| Date | Pleading Number | |
|---|---|---|
| 11/12/70 | 1. | Motion of Merdel Game Mfg. Co. for Consolidated Pretrial Proceedings; Supporting brief and affidavit of service; Stipulation of Montgomery Ward, Coleco Industries, Inc., Wm. Richman Associates and Bernard Cahn supporting motion for consolidation. |
| ~~11/13/70~~ | | HEARING ORDER for N.Y. on 12/11 - to involved judges & hearing clerk |
| 11/13/70 | | NOTICE OF HEARING to counsel of record. |
| 11/23/70 | 2 | Response of United Undustrial Corp. |
| ~~11/27/70~~ | ~~3.~~ | ~~Brief by Affiliated Hospital Products, Inc., in opposition to motion for consolidation of Pre-Trial Proceedings.~~ |
| 11/27/70 | 3 | Response by Affiliated Hospital Products, Inc. in opposition to motion for consolidation of pretrial proceedings, brief & certificate of service. |
| 12/14/70 | 4. | Motion of Merdel Game to Amend Motion for Consolidation (11/12/70) |
| 1/20/71 | | OPINION AND ORDER (Per Curiam) transferring from the W.D. Mich., Civ No. 6405 and from the Southern District of Texas Civ. No. 70-H-976 and 69-H-1186 to Judge Tyler in the Southern District of New York. |
| 1/20/71 | | CONSENT of Judge Sugarman for assignment of the actions involved in the litigation to Judge Harold R. Tyler, Jr. (S.D. New York) |
| 2/4/71 | | DISSENT OF JUDGE SA. WEIGEL to 1/20/71 opinion. Copies to intersted judges & clerks; transferee clerk & judge; interested counsel; Panel |

OPINION AND ORDER OF JAN. 20, 1971 322 F. SUPP. 1016

DOCKET NO. 61

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*all terminated 4/22/74 Caretaker*

## Description of Litigation

IN RE CARROM TRADEMARK LITIGATION

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Merdel Game Manufacturing Company v. Affiliated Hospital Products, Inc., et al.  *term 4/22/74* | W. Michigan 6405 | Kent | | 71 Civ. 291 |
| A-2 | Affiliated Hospital Products, Inc. v. Montgomery Ward & Co., et al. | S.D. Texas 70-H-976 | Singleton | | 71 Civ 292 |
| A-3 | Affiliated Hospital Products, Inc. v. Montgomery Ward & Co. | S.D. Texas. 69-H-1186 | Connally | | 71 Civ 293 |
| A-4 | Affiliated Hospital Products, Inc. v. Merdel Game Manufacturing Company, et al. | S.D. N.Y. 69-C-1016 | Tyler | | *on appeal* |

*3 Transfers to 6/30/71*

DOCKET NO. 61

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

IN RE CARROM TRADEMARK LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | MERDEL GAME MFG. CO.<br>  John D. Tully, Esquire<br>  Warner, Norcross and Judd<br>  900 Old Kent Building<br>  Grand Rapids, Michigan | UNITED INDUSTRIAL CORP.  (A-1)<br>  Gordon J. Quist, Esquire<br>  465 Old Kent Building<br>  Grand Rapids, Michigan  49501 |
| A-2<br>A-3 | AFFILIATED HOSPITAL PRODUCTS, INC.<br>  William Durkee, Esquire<br>  Arnold, White & Durkee<br>  2050 Post Oak Tower<br>  Houston, Texas  77027 | COLECO INDUSTRIES, INC.  (A-2)<br>  Peter L. Costas, Esquire<br>  111 Pearl Street<br>  Hartford, Connecticut  06103<br><br>MONTGOMERY WARD & CO., INC.  (A-2 & A-3)<br>  J. Vernon Lloyd, Esquire<br>  Montgomery Ward Legal Division<br>  619 West Chicago Avenue<br>  Chicago, Illinois  60607 |
| A-4 | Alan T. Bowes, Esquire<br>Kenyon and Kenyon<br>59 Maiden Lane<br>New York, New York  10038 | William C. Bullard, Esquire<br>Baker, Botts, Sherpherd & Coates<br>Esperson Building<br>Houston, Texas  77002<br><br>MERDEL GAME MFG. CO.  (A-2 & A-4)<br>WM. RICHMAN ASSOCIATES, LTD.  (A-4)<br>BERNARD CAHN  (A-4)<br>  Same as A-1 plaintiff; also<br><br>  Robert E. Wagenfeld, Esquire<br>  403 St. Pauls Avenue<br>  Staten Island, New York  10304 |

p. _____

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 61 -- In re Carrom Trademark Litigation

| Plaintiff | Defendant |
|---|---|
| MERDEL GAME MANUFACTURING<br>WM. RICHMAN ASSOCIATES, LTD.<br>BERNARD CAHN (Pl. A-1; Def. A-4)<br>   John D. Tully, Esquire<br>   Warner, Norcross & Judd<br>   One Vandenberg Center<br>   Grand Rapids, Michigan 49502<br><br>AFFILIATED HOSPITAL PRODUCTS, INC.<br>(Pltfs. A-2, 3 & 4; Def. A-1)<br>   Bill Durkee, Esquire<br>   Arnold, White & Durkee<br>   2050 Post Oak Tower<br>   Houston, Texas 77027<br><br>MONTGOMERY WARD & CO., INC.<br>(Def. A-2 & 3)<br>   William C. Bullard, Esquire<br>   Baker, Botts, Shepherd & Coates<br>   1600 Esperson Building<br>   Houston, Texas 77002<br><br>COLECO INDUSTRIES, INC.<br>(Def. A-2)<br>   Peter L. Costas, Esquire<br>   111 Pearl Street<br>   Hartford, Connecticut 06103<br><br>UNITED INDUSTRIAL CORP. (A-1 def)<br>   Gordon J. Quist, Esquire<br>   465 Old Kent Building<br>   Grand Rapids, Michigan 49502 | |

p. 1

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 61 -- IN RE CARROM TRADEMARK LITIGATION

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| AFFILIATED HOSPITAL PRODUCTS, INC. | pl. A-4; pl. A-3; pl. A-2; def. A-1 |
| CAHN, BERNARD | def. A-4 |
| CALECO INDUSTRIES INC. | def. A-2 |
| MERDEL GAME MFG. CO. | def. A-4; def. A-2; pl. A-1 |
| MONTGOMERY WARD | def. A-3; def. A-2 |
| WM. RICHMAN ASSOCIATES INC. | def. A-4 |
| UNITED INDUSTRIAL CORP. | def. A-1 |